John M. Prief, appellant, v. A. H. Hillemeyer et al., appellees.  Gen. No. 8,275.

Opinion filed April 17, 1929.

Wm. A. Potts, for appellant; Robert H. Allison, of counsel.  Wm. C. Worley, for appellees.

Mr. Justice Eldredge delivered the opinion of the court.

Betha Frantz, defendant in error, v. Bruner G. Cox, plaintiff in error.  Gen. No. 8,294.

Opinion filed April 17, 1929.

Costigan & Wollrab, for plaintiff in error.  Orman Ridgely and Charles Williams, for defendant in error; Francis M. Ridgely, of counsel.

Mr. Justice Shurtleff delivered the opinion of the court.

The People of the State of Illinois ex rel. Marian Shryack, appellee, v. Ross Shryack, appellant.  Gen. No. 8,299.

Opinion filed April 17, 1929.

Philip E. Elting, Scofield & Bell and Dan J. Curran, for appellant. Wallace A. Walker, State's Attorney, for appellee; R. B. O'Harra, of counsel.

Mr. Justice Shurtleff delivered the opinion of the court.

B. L. Renfrow, appellant, v. Henry Kramer and Margaret Kramer, appellees.  Gen. No. 8,306.

Opinion filed April 17, 1929.

Carey E. Barnes, for appellant.  Gillespie, Burke & Gillespie, for appellees; Hugh J. Dobbs, of counsel.

Mr. Justice Shurtleff delivered the opinion of the court.

Fred Genzel, administrator of the estate of Charles Wellman, deceased, appellee, v. New York, Chicago & St. Louis Railroad Company, appellant.  Gen. No. 8,252.

Opinion filed June 11, 1929.

H. M. Steely and H. M. Steely, Jr., for appellant; John B. Cockrum and J. T. Markey, of counsel.  H. Earnest Hutton and Louis J. Bremer, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.